# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand and fifteen.

Before:       Ralph K. Winter,
                    *Circuit Judge*.

_____

  In re: Lehman Brothers Holdings, Inc.
     Debtor.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

  FirstBank Puerto Rico,                              **ORDER**
     Plaintiff-Appellant,                             Docket Nos. 15-149

     v.

  Barclays Capital, Inc.,
     Defendant-Appellee.

_____

      Appellant moves for the following case management relief: (1) an extension of time to file the deferred appendix until 14 days after the filing of Appellant's reply brief; (2) an exemption from Local Rule 25.1(j)(2) such that the parties are not required to electronically file redacted versions of their page proof briefs; and (3) an extension of the 7-day period under Local Rule 25.1(j)(2) such that the redacted version the deferred appendix may be filed 14 days after the sealed version of the deferred appendix is filed, and the redacted versions of the final form briefs may be filed 10 days after the sealed final form briefs are filed. Appellant also moves for leave to file an oversized principal brief not to exceed 18,000 words (with the Appellee's brief to be subject to the same limitation) and an oversized reply brief not to exceed 9,000 words.

      IT IS HEREBY ORDERED that the motion is GRANTED in its entirety. Appellee will be allowed to file a brief with the same number of words used in the Appellant's principal brief.

                                                     For the Court**:**
                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court