# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand fifteen.

Before:     Susan L. Carney,
                *Circuit Judge*.

_____

In re: Lehman Brothers Holdings, Inc.
    Debtor.
******************************************

| | |
|---|---|
| FirstBank Puerto Rico, | **ORDER** |
|     Plaintiff-Appellant, | Docket Nos. 15-149 |
| v. | |
| Barclays Capital, Inc., | |
|     Defendant-Appellee. | |

_____

    Appellant moves for an extension of time, through August 31, 2015, to file a reply brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court